# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WILLIAMS, WENDY LOUISE | § | Case No. 15-26661 JBS |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/04/2015 .   The undersigned trustee was appointed on  08/04/2015 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of        $       332,918.93

   Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 53.28 |
| Bank service fees | 1,243.96 |
| Other payments to creditors | 210,000.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 121,621.69 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  12/21/2015  and the deadline for filing governmental claims was  12/21/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 19,895.95 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 19,895.95 , for a total compensation of $ 19,895.95 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/28/2017                        By:/s/ANDREW J. MAXWELL, TRUSTEE
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   1

Exhibit A

| Case No: | 15-26661 | JBS | Judge: JACK B. SCHMETTERER | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | WILLIAMS, WENDY LOUISE | | | | Date Filed (f) or Converted (c): | 08/04/15 (f) |
| | | | | | 341(a) Meeting Date: | 09/16/15 |
| For Period Ending: | 03/28/17 | | | | Claims Bar Date: | 12/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. RESIDENCE | 361,040.00 | 361,040.00 | | 0.00 | FA |
|   1020 CLARENCE AV, OAK PARK IL (this is valued based upon an estimate only to satisfy the requirements of the Handbook for Chapter 7 Trustees.  The value is subject to change depending on market conditions)(one of the liens is a judgment lien rather than a typical mortgage and negotiation might allow the house to be sold) | | | | | |
| 2. CASH | 50.00 | 0.00 | | 0.00 | FA |
|   CASH ON HAND<br>  debtor changed the amount on the amended B from 100 to 50.00 | | | | | |
| 3. CHECKING ACCT | 1,200.00 | 0.00 | | 0.00 | FA |
|   CHECKING ACCOUNT | | | | | |
| 4. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
|   STANDARD FURNITURE, 4 BEDS, TV, KITCHEN UTENSIL, TABLES AND CHAIRS | | | | | |
| 5. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
|   NECEESSARY WEARING APPAREL | | | | | |
| 6. LIFE INS | 0.00 | 0.00 | | 0.00 | FA |
|   LIFE INSURANCE POLICY OFFERED THROUGH EMPLOYER NO CASH VALUE | | | | | |
| 7. retirement plan | 263,778.00 | 0.00 | | 0.00 | FA |
|   EMPLOYER RETIREMENT PLAN 423(B) EMPLOYEE STOCK PURCHASE PLAN-AMENDED SCHEDULE C ON 11.4.15  FROM 263,778.00  TO 222,589.55 | | | | | |
| 8. HP STOCK account | 18,744.00 | 11,821.91 | | 11,821.91 | FA |
|   SHARES OF HEWLETT PACKARD STOCK<br>  debtor add Fidelity Investment and changed the petition amount from 23,432.00  to 18,744.11 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-26661 | JBS | Judge: JACK B. SCHMETTERER |
| Case Name: | WILLIAMS, WENDY LOUISE | | |

| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Date Filed (f) or Converted (c): | 08/04/15 (f) |
| 341(a) Meeting Date: | 09/16/15 |
| Claims Bar Date: | 12/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 9. POST PETITION FUNDS (u)<br>  Turn Over Funds | 15,295.30 | 17,200.00 | | 8,600.00 | FA |
| 10. avoidance actions (u)<br>  possible avoidable transfers being investigated | 0.00 | 70,000.00 | | 70,000.00 | FA |
| 11. Clovis Williams Trust interest (u)<br>  trust interest included on amended B 2016 from 232,480.00 to<br>  232,479.91 | 232,479.91 | 227,000.00 | | 242,497.02 | FA |
| 12. 529 plan for Pilar McQuirter (u)<br>  529 plan - beneficiary is daughter - added on amended Sch B 2016 | 3,672.84 | 1.00 | | 0.00 | FA |
| 13. AUTOMOBILE (u)<br>  VOLVO CX60 2015 with 20,000 Miles, added on amended schedule B<br>  2016 | 37,415.00 | 0.00 | | 0.00 | FA |
| 14. ELECTRONICS (u)<br>  CELL PHONE, HOME COMPUTER, TELEVISION<br>  added on amended schedule B 2016 | 100.00 | 0.00 | | 0.00 | FA |
| 15. JEWELRY (u)<br>  EVERYDAY JEWELRY<br>  added on amended schedule B 2016 | 100.00 | 0.00 | | 0.00 | FA |
| 16. CHECKING ACCT (u)<br>  CHASE BANK<br>  added on amended schedule B 2016 | 13,148.12 | 1.00 | | 0.00 | FA |
| 17. CHECKING ACCT (u)<br>  THINK MUTUAL BANK<br>  added on amended schedule B 2016 | 982.31 | 0.00 | | 0.00 | FA |
| 18. SAVINGS ACCT (u)<br>  THINK MUTUAL BANK | 17.41 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    3

Exhibit A

Case No:    15-26661    JBS    Judge: JACK B. SCHMETTERER

Case Name:    WILLIAMS, WENDY LOUISE

Trustee Name:    ANDREW J. MAXWELL, TRUSTEE

Date Filed (f) or Converted (c):    08/04/15 (f)

341(a) Meeting Date:    09/16/15

Claims Bar Date:    12/21/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| added on amended schedule B 2016 | | | | | |
| 19. SAVINGS ACCT (u) | 0.00 | 0.00 | | 0.00 | FA |
| HSBC ONLINE ACCOUNT | | | | | |
| added on amended schedule B 2016 | | | | | |
| 20. SAVINGS ACCT (u) | 1,655.78 | 0.00 | | 0.00 | FA |
| HSBC SAVING ACCOUNT | | | | | |
| added on amended schedule B 2016 | | | | | |
| 21. RETIREMENT OR PENSION ACCOUNTS (u) | 185,025.55 | 0.00 | | 0.00 | FA |
| 401(K) through employer managed by Fidelity. Debtor amended  sch B | | | | | |
| 22. INTEREST (u) | 0.00 | 0.00 | | 0.00 | FA |
| Primerica term life $100,000 Debtor Jordan & Pilar Mcquirter. Amended B | | | | | |
| 23. INTEREST (u) | 0.00 | 0.00 | | 0.00 | FA |
| HP employee life insurance pilar mcquirter Amended B | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $1,137,204.22    $687,063.91    $332,918.93    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR WILL BE SUBMITTED 2.24.17

Trustee obtained and renewed trust; Filed 4th Motion for T.O. of trust funds.

3d motion to compel D filed after she has refused to provide a copy of and accounting for a newly disclosed interest in

a trust *8-16)

discovery from Debtor has been ongoing; waiting to reschedule completion of Rule 2004 exam (joint with First Merit Bank)

**FORM**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    4

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 15-26661    JBS    Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | WILLIAMS, WENDY LOUISE | Date Filed (f) or Converted (c): | 08/04/15 (f) |
| | | 341(a) Meeting Date: | 09/16/15 |
| | | Claims Bar Date: | 12/21/15 |

4-16

DOCS RECEIVED from FIDELITY 10-12-15

letter requests to Fidelity and D's Attorney 9-21-15

Motion to compel TO filed and noticed for 10-29-15

motion to employ attorney filed up 10-29-15

non-exempt Fidelity account, possible equity in house, $18K transfer in July (month before BK filed) and $6K in June.

Initial Projected Date of Final Report (TFR): 12/31/16    Current Projected Date of Final Report (TFR): 06/30/17

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 15-26661 -JBS |
| Case Name: | WILLIAMS, WENDY LOUISE |
| Taxpayer ID No: | *******9934 |
| For Period Ending: | 03/28/17 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2805  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/01/15 | 8 | FIDELITY | Funds from Stock | 1129-000 | 5,126.61 | | 5,126.61 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,116.61 |
| 01/13/16 | 9 | Wendy Williams<br>1020 Clarence Ave<br>Oak Park, IL 60304 | TURNOVER FUNDS | 1229-000 | 8,600.00 | | 13,716.61 |
| 01/26/16 | 8 | WENDY WILLIAMS | Funds received (stock) | 1229-000 | 6,695.30 | | 20,411.91 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.37 | 20,394.54 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.36 | 20,366.18 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.28 | 20,335.90 |
| 04/12/16 | 010001 | ARTHUR B. LEVINE COMPANY<br>370 LEXINGTON AVE<br>SUITE 1101<br>NEW YORK, NY 10017 | 2015 Bond Blanquet<br>Bond # 10BSBGR6291 | 2300-000 | | 3.16 | 20,332.74 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.26 | 20,303.48 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.18 | 20,273.30 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.17 | 20,244.13 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.10 | 20,214.03 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.05 | 20,183.98 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.04 | 20,154.94 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.96 | 20,124.98 |
| 11/18/16 | 11 | DEUTSCHE MANAGED MUNICIPAL<br>BOND FUNDS<br>PO BOX 219154<br>KANSAS CITY, MO 64121-9154 | Clovis L. Williams Trust U/A dtd | 1229-000 | 242,497.02 | | 262,622.00 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 180.10 | 262,441.90 |
| 12/23/16 | 10 | Wendy Williams<br>1020 Clarence Ave<br>Oak Park, IL 60304 | settlement | 1229-000 | 70,000.00 | | 332,441.90 |

Page Subtotals     332,918.93     477.03

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Ver: 19.07a

LFORM24

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 15-26661 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | WILLIAMS, WENDY LOUISE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2805  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9934 | | | |
| For Period Ending: | 03/28/17 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/28/16 | 010002 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | interim distribution<br>o/c 12/23/2016 | 7100-000 | | 3,149.32 | 329,292.58 |
| 12/28/16 | 010003 | Think Mutual Bank<br>PO Box 7194<br>Rochester, MN 55903 | interim distribution<br>o/c 12/23/2016 | 7100-000 | | 1,337.77 | 327,954.81 |
| 12/28/16 | 010004 | First Merit Bank NA<br>FactorLaw attn. Ariane Holtschlag<br>105 W Madison Suite 1500<br>Chicago, IL 60602 | interim distribution<br>o/c 12/23/2016 | 7100-000 | | 205,512.91 | 122,441.90 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 420.33 | 122,021.57 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 349.76 | 121,671.81 |
| 03/14/17 | 010005 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS ST.<br>SUITE 420<br>NEW ORLEANS, LA 70139 | BOND PAYMENTS<br>BOND # 016073584 | 2300-000 | | 50.12 | 121,621.69 |

|  | | COLUMN TOTALS | 332,918.93 | 211,297.24 | 121,621.69 |
| | | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 332,918.93 | 211,297.24 | |
| | | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 332,918.93 | 211,297.24 | |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | Checking Account (Non-Interest Earn - *******2805 | 332,918.93 | 211,297.24 | 121,621.69 |
| | | ------------------- | ------------------- | ------------------- |
| | | 332,918.93 | 211,297.24 | 121,621.69 |
| | | ============ | ============ | ============ |
| | | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals                    0.00              210,820.21

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 15-26661  -JBS | |
| Case Name: | WILLIAMS, WENDY LOUISE | |
| | | |
| Taxpayer ID No: | *******9934 | |
| For Period Ending: | 03/28/17 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2805  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account (Non-Interest Earn - ********2805 | | Transfers) | To Debtors) | On Hand |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 0.00 | 0.00 | |

LFORM24

Ver: 19.07a

| | | EXHIBIT C | | | | | |
|---|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | | Date: March 28, 2017 |

Case Number:  15-26661
Debtor Name:  WILLIAMS, WENDY LOUISE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | | | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|---|---|
| 001 2100-00 | ANDREW J. MAXWELL, TRUSTEE 20 N. CLARK ST. SUITE 200 CHICAGO, IL 60602 Tax Id: 36-3557951 | Administrative | | | | $0.00 | $19,895.95 | $19,895.95 |
| 001 3110-00 | MAXWELL LAW GROUP, LLC 20 N. CLARK ST. SUITE 200 CHICAGO, IL 60602 Tax Id: 37-1501169 | Administrative | | | | $0.00 | $34,450.88 | $34,450.88 |
| 001 3410-00 | POPOWCER KATTEN, LTD. 35 E. WACKER DRIVE, SUITE 1550 CHICAGO, IL 60601 | Administrative | | | | $0.00 | $1,224.00 | $1,224.00 |
| 999 2300-00 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | Administrative | | | | $0.00 | $50.12 | $50.12 |
| | | | 2221932805 | 03/14/17 | 10005 | | 50.12 | |
| BOND 999 2300-00 | ARTHUR B. LEVINE COMPANY 370 LEXINGTON AVE SUITE 1101 NEW YORK, NY 10017 | Administrative Bond Blanquet Bond # 10BSBGR6291 | | | | $0.00 | $3.16 | $3.16 |
| | | | 2221932805 | 04/12/16 | 10001 | | 3.16 | |
| 000003 999 2810-00 | Department of the Treasury Internal Revenue Service P.O. Box 64338 Philadelphia, PA 19101-7346 | Priority | | | | $0.00 | $0.00 | $0.00 |
| 000001 070 7100-00 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | | | $0.00 | $4,289.49 | $4,289.49 |
| | | | 2221932805 | 12/28/16 | 10002 | | 3,149.32 | |
| 000002 070 7100-00 | Think Mutual Bank PO Box 7194 Rochester, MN 55903 | Unsecured | | | | $0.00 | $1,822.09 | $1,822.09 |
| | | | 2221932805 | 12/28/16 | 10003 | | 1,337.77 | |
| 000004 070 7100-00 | First Merit Bank NA FactorLaw attn. Ariane Holtschlag 105 W Madison Suite 1500 Chicago, IL 60602 | Unsecured (4-1) Modified on 11.22.2015 to correct creditor's address (MG) | | | | $0.00 | $279,916.14 | $279,916.14 |
| | | | 2221932805 | 12/28/16 | 10004 | | 205,512.91 | |
| | Case Totals: | | | | | $0.00 | $341,651.83 | $341,651.83 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-26661 JBS
Case Name: WILLIAMS, WENDY LOUISE
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand                                $        121,621.69

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 19,895.95 | $ 0.00 | $ 19,895.95 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 34,375.00 | $ 0.00 | $ 34,375.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 75.88 | $ 0.00 | $ 75.88 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ 1,224.00 | $ 0.00 | $ 1,224.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 3.16 | $ 3.16 | $ 0.00 |
| Other: Department of the Treasury | $ 0.00 | $ 0.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 50.12 | $ 50.12 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $        55,570.83

Remaining Balance        $        66,050.86

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 286,027.72  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  96.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| 000001 | Discover Bank | $      4,289.49 | $      3,149.32 | $        990.55 |
| 000002 | Think Mutual Bank | $      1,822.09 | $      1,337.77 | $        420.76 |
| 000004 | First Merit Bank NA | $    279,916.14 | $    205,512.91 | $     64,639.55 |

Total to be paid to timely general unsecured creditors        $            66,050.86

Remaining Balance        $                  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE