IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | No. 15-26661 |
| WENDY LOUISE WILLIAMS, ) | |
| ) | Hon. JACK B SCHMETTERER |
| ) | Chapter 7 |
| Debtor(s) ) | |

CERTIFICATE OF SERVICE

    The undersigned attorney certifies that (s) he caused a copy of the foregoing Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon the United States Trustee, Debtor's attorney, and any others having registered, pursuant to Section II(B)(4) of the Administrative Procedures for the Case Management/Electronic Case Filing System through the Court's Electronic Notice for Registrants, and to other parties by depositing same in the United States Mail, postage prepaid, on or before March 31, 2017.

                                                          */s/  Andrew J. Maxwell*

                                                         Andrew J. Maxwell (ARDC #1799150)
                                                         **Maxwell Law Group, LLC**
                                                         20 N. Clark Street, Suite 200
                                                         Chicago, IL 60602
                                                         312/368-1138

**SERVICE LIST**

Cenlar FSB servicing agent for loanDepot.com
c/o Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

Continental Central Credit
Acct # - 1690
5611 Plamer Way, Suite G
Carlsbad, CA 92010-7253

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Gerald McQuarter
9029 South Greenwood Avenue
Chicago, IL 60619-7841

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Nicor Gas
Acct # - 0004
P.O. Box 5407
Carol Stream, IL 60197-5407

Volvo Car Financial Services
Acct # - 1300
P.O. Box 91614
Mobile, AL 36691-1614

Brian P Deshur
Deshur Law Firm LLC
55 West Monroe St.
Suite 3950
Chicago, IL 60603-5056

Wendy Louise Williams
1020 Clarence Avenue
Oak Park, IL 60304-2008

ComEd
Acct # - 1009
P.O. Box 6111
Carol Stream, IL 60197-6111

Department of the Treasury
Internal Revenue Service
P.O. Box 64338
Philadelphia, PA 19101-7346

Fedloan Servicing
Acct # - 9FD0
P.O. Box 60610
Harrisburg, PA 17106-0610

HSBC Bank USA
Acct # - 5109
P.O. Box 2013
Buffalo, NY 14240-2013

Internal Revenue Service
PO Box 7317
Philadelphia, PA 19101-7317

Think Federal Credit Union
Acct # - 1527
4001 West River Parkway Northwest
Rochester, NY 55901-6971

Volvo Car Financial Svs
PO Box 91300
Mobile, AL 36691-1300

David Freydin
Law Offices of David Freydin Ltd
579 W. North Ave
Suite 203
Elmhurst, IL 60126-2144

AT & T
Acct # - 5344
P.O. Box 6463
Carol Stream, IL 60197-6463

Commerce Bank
Acct # - 0200
P.O. Box 411036
Kansas City, MO 64141-1036

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

First Merit Bank NA
FactorLaw attn. Ariane Holtschlag
105 W Madison Suite 1500
Chicago, IL 60602

Haynes Furniture Company
Acct # - 6010
PO Box 12812
Norfolk , VA-235410812

Loandepot.com
Acct # 4792
26642 Towne Center
Foothill Ranch, CA 92610-2808

Think Mutual Bank
PO Box 7194
Rochester, MN 55903-7194