IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | No. 15-26661 |
| WENDY LOUISE WILLIAMS, ) | |
| ) | Hon. JACK B SCHMETTERER |
| ) | Chapter 7 |
| Debtor(s) ) | |

CERTIFICATE OF SERVICE

    The undersigned attorney certifies that he caused a copy of the Amended Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon the United States Trustee, Debtor's attorney, and any others having registered, pursuant to Section II(B)(4) of the Administrative Procedures for the Case Management/Electronic Case Filing System through the Court's Electronic Notice for Registrants, and to each party having filed a proof of claim by depositing same in the United States Mail, postage prepaid, on or before April 4, 2017.

                                              */s/ Andrew J. Maxwell*

Andrew J. Maxwell (ARDC #1799150)
**Maxwell Law Group, LLC**
20 N. Clark Street, Suite 200
Chicago, IL 60602
312/368-1138

## SERVICE LIST FOR WENDY WILLIAMS
## CASE # 15-26661

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025


Think Federal Credit Union
Acct # - 1527
4001 West River Parkway Northwest
Rochester, NY 55901-6971