# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In re: §
§
WILLIAMS, WENDY LOUISE § Case No. 15-26661 JBS
§
Debtor §
§

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 588,107.01 *(Without deducting any secured claims)* | Assets Exempt: 284,778.00 |
| Total Distributions to Claimants: 276,050.86 | Claims Discharged Without Payment: 9,976.86 |
| Total Expenses of Administration: 56,868.07 | |

3) Total gross receipts of $ 332,918.93 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 332,918.93 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 56,868.07 | 56,868.07 | 56,868.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 286,027.72 | 286,027.72 | 276,050.86 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 342,895.79 | $ 342,895.79 | $ 332,918.93 |

    4)  This case was originally filed under chapter 7 on 08/04/2015 . The case was pending for 22 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/05/2017    By:/s/ANDREW J. MAXWELL, TRUSTEE
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| HP STOCK account | 1129-000 | 11,821.91 |
| POST PETITION FUNDS | 1229-000 | 8,600.00 |
| avoidance actions | 1229-000 | 70,000.00 |
| Clovis Williams Trust interest | 1229-000 | 242,497.02 |
| **TOTAL GROSS RECEIPTS** | | **$332,918.93** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 19,895.95 | 19,895.95 | 19,895.95 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 3.16 | 3.16 | 3.16 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 50.12 | 50.12 | 50.12 |
| ASSOCIATED BANK | 2600-000 | NA | 1,243.96 | 1,243.96 | 1,243.96 |
| DEPARTMENT OF THE TREASURY | 2810-000 | NA | 0.00 | 0.00 | 0.00 |
| MAXWELL LAW GROUP, LLC | 3110-000 | NA | 34,375.00 | 34,375.00 | 34,375.00 |
| MAXWELL LAW GROUP, LLC | 3120-000 | NA | 75.88 | 75.88 | 75.88 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 1,224.00 | 1,224.00 | 1,224.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 56,868.07 | $ 56,868.07 | $ 56,868.07 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | DISCOVER BANK | 7100-000 | NA | 4,289.49 | 4,289.49 | 4,139.87 |
| 000004 | FIRST MERIT BANK NA | 7100-000 | NA | 279,916.14 | 279,916.14 | 270,152.46 |
| 000002 | THINK MUTUAL BANK | 7100-000 | NA | 1,822.09 | 1,822.09 | 1,758.53 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 286,027.72 | $ 286,027.72 | $ 276,050.86 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 15-26661 | JBS | Judge: JACK B. SCHMETTERER | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | WILLIAMS, WENDY LOUISE | | | | Date Filed (f) or Converted (c): | 08/04/15 (f) |
| | | | | | 341(a) Meeting Date: | 09/16/15 |
| For Period Ending: | 06/05/17 | | | | Claims Bar Date: | 12/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 361,040.00 | 361,040.00 | | 0.00 | FA |
| 1020 CLARENCE AV, OAK PARK IL (this is valued based upon an estimate only to satisfy the requirements of the Handbook for Chapter 7 Trustees. The value is subject to change depending on market conditions)(one of the liens is a judgment lien rather than a typical mortgage and negotiation might allow the house to be sold) | | | | | |
| 2. CASH | 50.00 | 0.00 | | 0.00 | FA |
| CASH ON HAND debtor changed the amount on the amended B from 100 to 50.00 | | | | | |
| 3. CHECKING ACCT | 1,200.00 | 0.00 | | 0.00 | FA |
| CHECKING ACCOUNT | | | | | |
| 4. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| STANDARD FURNITURE, 4 BEDS, TV, KITCHEN UTENSIL, TABLES AND CHAIRS | | | | | |
| 5. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| NECEESSARY WEARING APPAREL | | | | | |
| 6. LIFE INS | 0.00 | 0.00 | | 0.00 | FA |
| LIFE INSURANCE POLICY OFFERED THROUGH EMPLOYER NO CASH VALUE | | | | | |
| 7. retirement plan | 263,778.00 | 0.00 | | 0.00 | FA |
| EMPLOYER RETIREMENT PLAN 423(B) EMPLOYEE STOCK PURCHASE PLAN-AMENDED SCHEDULE C ON 11.4.15 FROM 263,778.00 TO 222,889.55 | | | | | |
| 8. HP STOCK account | 18,744.00 | 11,821.91 | | 11,821.91 | FA |
| SHARES OF HEWLETT PACKARD STOCK debtor add Fidelity Investment and changed the petition amount from 23,432.00 to 18,744.11 | | | | | |

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

Ver: 20.00a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 15-26661 | JBS | Judge: JACK B. SCHMETTERER | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | WILLIAMS, WENDY LOUISE | | | | Date Filed (f) or Converted (c): | 08/04/15 (f) |
| | | | | | 341(a) Meeting Date: | 09/16/15 |
| | | | | | Claims Bar Date: | 12/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9. POST PETITION FUNDS (u) | 15,295.30 | 17,200.00 | | 8,600.00 | FA |
| Turn Over Funds | | | | | |
| 10. avoidance actions (u) | 0.00 | 70,000.00 | | 70,000.00 | FA |
| possible avoidable transfers being investigated | | | | | |
| 11. Clovis Williams Trust interest (u) | 232,479.91 | 242,497.02 | | 242,497.02 | FA |
| trust interest included on amended B 2016 from 232,480.00 to 232,479.91 | | | | | |
| 12. 529 plan for Pilar McQuirter (u) | 3,672.84 | 1.00 | | 0.00 | FA |
| 529 plan - beneficiary is daughter - added on amended Sch B 2016 | | | | | |
| 13. AUTOMOBILE (u) | 37,415.00 | 0.00 | | 0.00 | FA |
| VOLVO CX60 2015 with 20,000 Miles, added on amended schedule B 2016 | | | | | |
| 14. ELECTRONICS (u) | 100.00 | 0.00 | | 0.00 | FA |
| CELL PHONE, HOME COMPUTER, TELEVISION added on amended schedule B 2016 | | | | | |
| 15. JEWELRY (u) | 100.00 | 0.00 | | 0.00 | FA |
| EVERYDAY JEWELRY added on amended schedule B 2016 | | | | | |
| 16. CHECKING ACCT (u) | 13,148.12 | 1.00 | | 0.00 | FA |
| CHASE BANK added on amended schedule B 2016 | | | | | |
| 17. CHECKING ACCT (u) | 982.31 | 0.00 | | 0.00 | FA |
| THINK MUTUAL BANK added on amended schedule B 2016 | | | | | |
| 18. SAVINGS ACCT (u) | 17.41 | 0.00 | | 0.00 | FA |
| THINK MUTUAL BANK | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit 8

| Case No: | 15-26661 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | WILLIAMS, WENDY LOUISE | | | Date Filed (f) or Converted (c): | 08/04/15 (f) |
| | | | | 341(a) Meeting Date: | 09/16/15 |
| | | | | Claims Bar Date: | 12/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| added on amended schedule B 2016 | | | | | |
| 19. SAVINGS ACCT (u) | 0.00 | 0.00 | | 0.00 | FA |
| HSBC ONLINE ACCOUNT | | | | | |
| added on amended schedule B 2016 | | | | | |
| 20. SAVINGS ACCT (u) | 1,655.78 | 0.00 | | 0.00 | FA |
| HSBC SAVING ACCOUNT | | | | | |
| added on amended schedule B 2016 | | | | | |
| 21. RETIREMENT OR PENSION ACCOUNTS (u) | 185,025.55 | 0.00 | | 0.00 | FA |
| 401(K) through employer managed by Fidelity. Debtor amended sch B | | | | | |
| 22. INTEREST (u) | 0.00 | 0.00 | | 0.00 | FA |
| Primerica term life $100,000 Debtor Jordan & Pilar Mcquirter. Amended B | | | | | |
| 23. INTEREST (u) | 0.00 | 0.00 | | 0.00 | FA |
| HP employee life insurance pilar mcquirter Amended B | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,137,204.22 | $702,560.93 | | $332,918.93 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR SUBMITTED 2.24.17, FILED 3/31/17, UP FOR FINAL HEARING ON 4-27-17

after Trust obtained, a settlement was negotiated with Debtor and approved by the Court in December 2016, including an

interim distribution (cleared with UST) for 2016

Trustee obtained and renewed trust; Filed 4th Motion for T.O. of trust funds.

3d motion to compel D filed after she has refused to provide a copy of and accounting for a newly disclosed interest in

Case 15-26661    Doc 169    Filed 06/13/17    Entered 06/13/17 14:49:15    Desc Main
Document      Page 9 of 12

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 4

Exhibit 8

| | |
|---|---|
| Case No: 15-26661    JBS    Judge: JACK B. SCHMETTERER | Trustee Name:    ANDREW J. MAXWELL, TRUSTEE |
| Case Name: WILLIAMS, WENDY LOUISE | Date Filed (f) or Converted (c):    08/04/15 (f) |
| | 341(a) Meeting Date:    09/16/15 |
| | Claims Bar Date:    12/21/15 |

a trust *8-16)

discovery from Debtor has been ongoing; waiting to reschedule completion of Rule 2004 exam (joint with First Merit Bank) 4-16

DOCS RECEIVED from FIDELITY 10-12-15

letter requests to Fidelity and D's Attorney 9-21-15

Motion to compel TO filed and noticed for 10-29-15

motion to employ attorney filed up 10-29-15

non-exempt Fidelity account, possible equity in house, $18K transfer in July (month before BK filed) and $6K in June.

Initial Projected Date of Final Report (TFR): 12/31/16        Current Projected Date of Final Report (TFR): 06/30/17

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-26661 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | WILLIAMS, WENDY LOUISE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2805  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9934 | | | |
| For Period Ending: | 06/05/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/01/15 | 8 | FIDELITY | Funds from Stock | 1129-000 | 5,126.61 | | 5,126.61 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,116.61 |
| 01/13/16 | 9 | Wendy Williams<br>1020 Clarence Ave<br>Oak Park, IL 60304 | TURNOVER FUNDS | 1229-000 | 8,600.00 | | 13,716.61 |
| 01/26/16 | 8 | WENDY WILLIAMS | Funds received (stock) | 1129-000 | 6,695.30 | | 20,411.91 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.37 | 20,394.54 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.36 | 20,366.18 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.28 | 20,335.90 |
| 04/12/16 | 010001 | ARTHUR B. LEVINE COMPANY<br>370 LEXINGTON AVE<br>SUITE 1101<br>NEW YORK, NY 10017 | 2015 Bond Blanquet<br>Bond # 10BSBGR6291 | 2300-000 | | 3.16 | 20,332.74 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.26 | 20,303.48 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.18 | 20,273.30 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.17 | 20,244.13 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.10 | 20,214.03 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.05 | 20,183.98 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.04 | 20,154.94 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.96 | 20,124.98 |
| 11/18/16 | 11 | DEUTSCHE MANAGED MUNICIPAL<br>BOND FUNDS<br>PO BOX 219154<br>KANSAS CITY, MO 64121-9154 | Clovis L. Williams Trust U/A dtd | 1229-000 | 242,497.02 | | 262,622.00 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 180.10 | 262,441.90 |
| 12/23/16 | 10 | Wendy Williams<br>1020 Clarence Ave<br>Oak Park, IL 60304 | settlement | 1229-000 | 70,000.00 | | 332,441.90 |

Page Subtotals    332,918.93    477.03

Ver: 20.00a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-26661 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | WILLIAMS, WENDY LOUISE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2805  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9934 | | | |
| For Period Ending: | 06/05/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/28/16 | 010002 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | interim distribution<br>o/c 12/23/2016 | 7100-000 | | 3,149.32 | 329,292.58 |
| 12/28/16 | 010003 | Think Mutual Bank<br>PO Box 7194<br>Rochester, MN 55903 | interim distribution<br>o/c 12/23/2016 | 7100-000 | | 1,337.77 | 327,954.81 |
| 12/28/16 | 010004 | First Merit Bank NA<br>FactorLaw attn. Ariane Holtschlag<br>105 W Madison Suite 1500<br>Chicago, IL 60602 | interim distribution<br>o/c 12/23/2016 | 7100-000 | | 205,512.91 | 122,441.90 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 420.33 | 122,021.57 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 349.76 | 121,671.81 |
| 03/14/17 | 010005 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS ST.<br>SUITE 420<br>NEW ORLEANS, LA 70139 | BOND PAYMENTS<br>BOND # 016073584 | 2300-000 | | 50.12 | 121,621.69 |
| 04/27/17 | 010006 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602 | trustee compensation<br>c/o 4/27/2017 | 2100-000 | | 19,895.95 | 101,725.74 |
| 04/27/17 | 010007 | MAXWELL LAW GROUP, LLC<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602 | attorney's fees & expenses<br>c/o 4/27/2017 | | | 34,450.88 | 67,274.86 |
| | | | Fees       34,375.00 | 3110-000 | | | |
| | | | Expenses        75.88 | 3120-000 | | | |
| 04/27/17 | 010008 | POPOWCER KATTEN, LTD.<br>35 E. WACKER DRIVE, SUITE 1550<br>CHICAGO, IL 60601 | accountant's fee and exp<br>c/o 4.27.2017 | 3410-000 | | 1,224.00 | 66,050.86 |

Page Subtotals          0.00         266,391.04

Ver: 20.00a

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-26661 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | WILLIAMS, WENDY LOUISE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2805 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9934 | | | |
| For Period Ending: | 06/05/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/27/17 | 010009 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim # 1, Final Payment<br>c/o 4.27.2017 | 7100-000 | | 990.55 | 65,060.31 |
| 04/27/17 | 010010 | Think Mutual Bank<br>PO Box 7194<br>Rochester, MN 55903 | Claim # 2, Final Payment<br>c/o 4/27/2017 | 7100-000 | | 420.76 | 64,639.55 |
| 04/27/17 | 010011 | First Merit Bank NA<br>FactorLaw attn. Ariane Holtschlag<br>105 W Madison Suite 1500<br>Chicago, IL 60602 | Claim # 4, Final Payment<br>c/o 4/27/2017 | 7100-000 | | 64,639.55 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 332,918.93 | 332,918.93 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 332,918.93 | 332,918.93 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 332,918.93 | 332,918.93 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******2805 | 332,918.93 | 332,918.93 | 0.00 |
| | 332,918.93 | 332,918.93 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    66,050.86

Ver: 20.00a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*